# Order

Michigan Supreme Court
Lansing, Michigan

December 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

146217

BASEL ALMUTAWA,
      Plaintiff-Appellant,

v

                                   SC: 146217
                                   COA: 306853
                                   Wayne CC Family Division:
                                   03-307363-DM

PAOLA MEYERS,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 16, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARILYN KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2012                       _____
                                             Clerk

s1218